UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA BARRY, KIRSTEN COOK,<br><br>Plaintiffs,<br><br>v.<br><br>SHERRIE HONER (individual capacity);CHARLES MARGINES (official capacity); KENNETH ALAN COOK; SUPERIOR COURT OF STATE OF CALIFORNIA, ORANGE COUNTY; DOES 1 - 10,<br><br>Defendants. | CASE NO. 8:17-CV-01032 CJC<br><br>PLAINTIFFS' JUDGMENT BASED ON SUA SPONTE ORDER OF DISMISSAL ENTERED JUNE 27, 2017 |

Based on the order entered sua sponte dismissing the complaint, all claims, and all defendants, it is

ORDERED THAT judgment of dismissal is entered in accordance with Rule 58(d).

DATED: August 17, 2017

CORMAC CARNEY, JUDGE OF
U. S. DISTRICT COURT